```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA

           CASE NO. 15-62065-CIV-ZLOCH
```

CHRISTINE D'ONOFRIO,

    Plaintiff,

vs.                                                **<u>FINAL JUDGMENT</u>**

COSTCO WHOLESALE CORPORATION,

    Defendant.

_____/

    THIS MATTER is before the Court upon the Jury's Verdict (DE 103).

    Pursuant to Federal Rule of Civil Procedure 58, it is

    **ADJUDGED** as follows:

    1. The Court has jurisdiction of the Parties hereto and the subject matter herein;

    2. In accordance with the Jury's Verdict (103), Final Judgment be and the same is hereby **ENTERED** in favor of Defendant Costco Wholesale Corporation and against Plaintiff Christine D'Onofrio with respect to Plaintiff's claims that Defendant terminated her employment because of her disability in violation of the Florida Civil Rights Act and that Defendant terminated her employment in retaliation for her having engaged in protected activity in violation of the Florida Civil Rights Act.  The Plaintiff shall take nothing by the claims, and the Defendant shall go hence without day;

    3. In accordance with the Jury's Verdict (103), Final Judgment

be and the same is hereby **ENTERED** in favor of Plaintiff Christine D'Onofrio and against Defendant Costco Wholesale Corporation, with respect to her claim that Defendant failed to provide reasonable accommodations for her disability in violation of the Florida Civil Rights Act, in the sum of $775,000.00, including $750,000.00 as compensation for emotional pain and mental anguish proximately caused by the denial of reasonable accommodations after December 9, 2012, and $25,000.00 as punitive damages for Defendant's failure to provide reasonable accommodations after December 9, 2012;

4. Plaintiff Christine D'Onofrio shall recover from Defendant Costco Wholesale Corporation the sum of $775,000.00, plus interest at the rate of 2.30% per annum, for all of which let execution issue;

5. The Court shall retain jurisdiction solely for the purpose of entertaining any Motion For Attorney's Fees and Costs that comports with the dictates of Local Rule 7.3; and

6. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___15th___ day of June, 2018.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:
All Counsel of Record