```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 15-62065-CIV-ZLOCH
```

CHRISTINE D'ONOFRIO,

    Plaintiffs,

vs.                                                **O R D E R**

COSTCO WHOLESALE CORPORATION,

    Defendant.
_____/

THIS MATTER is before the Court sua sponte.  The Court has carefully reviewed the entire Court file and is otherwise fully advised in the premises.

While the above-styled cause is on appeal, the Court will stay all post-Judgment motions related to attorney's fees and costs. The Advisory Committee Notes to Federal Rule of Civil Procedure 54(b) provide that:

> If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved.

Fed. R. Civ. P. 54(d), Advisory Committee Notes to the 1993 Amendments.

The rationale behind this rule is that piecemeal resolution of fee disputes should be avoided where possible.  See Bowers v. Universal City Development Partners, Ltd., 2005 WL 1243745, at *2 (M.D. Fla. May 19, 2005).  Its logic applies with equal force to motions for costs.  Thus, the Court will permit the Parties to re-

file their Motions for costs and attorney's fees, as well as any other necessary post-judgment motions, following the conclusion of the appeal.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as that all motions related to fees and costs, including Plaintiff's Motion For Attorney's Fees And Non-Taxable Costs (DE 138) and Defendant's Bill Of Costs (DE 144) be and the same are hereby **DENIED** without prejudice and with leave to re-file, along with any other motions for fees and costs, in accordance with the following schedule:  within thirty days of a decision from the Eleventh Circuit Court of Appeals pertaining to Plaintiff's Notice Of Appeal (DE 141) or within thirty days of any final order entered by the Court following any possible remand of the above-styled cause, whichever is appropriate following the conclusion of said Appeal.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___25th___ day of March, 2019.

/s/ William J. Zloch
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel of Record